1  MICHAEL N. FEUER, City Attorney
   KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
2  SCOTT D. MARCUS, Senior Assistant City Attorney (SBN 184980)
   PHILIP H. LAM, Deputy City Attorney (SBN172428)
3  200 North Main Street, 7th Floor
   Los Angeles, California 90012
4  Telephone: 213-978-4681
   Facsimile: 213-978-7011
5  scott.marcus@lacity.org
   phil.lam@lacity.org
6
7  Attorneys for Defendant
   City of Los Angeles

8  **THE AVANZADO LAW FIRM**
   A PROFESSIONAL LAW CORPORATION
9  MELVIN N.A. AVANZADO (Bar No. 137127)
       <mel@avanzadolaw.com>
10 The Walnut Plaza
   215 North Marengo Avenue
11 Third Floor
   Pasadena, California 91101
12 310.552.9300 TELEPHONE
   310.388.5330 FACSIMILE
13
14 Attorneys for Defendant
   Friends of the Chinese American Museum

15                    UNITED STATES DISTRICT COURT
16                   CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| DAVID LEW, an individual, a/k/a SHARK TOOF,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE CITY OF LOS ANGELES, a government entity; EL PUEBLO DE LOS ANGELES, business form unknown; CHINESE AMERICAN MUSEUM, business form unknown; FRIENDS OF THE CHINESE AMERICAN MUSEUM, INC., a California corporation; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-10948 DDP (PLAx)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS OF DEFENDANTS CITY OF LOS ANGELES AND FRIENDS OF THE CHINESE AMERICAN MUSEUM<br><br>DATE:　March 1, 2021<br>TIME:　10:00 a.m.<br>PLACE:　Courtroom 9C<br>　　　　[The Hon. Dean D. Pregerson]<br><br>*[Memorandum of Points and Authorities; Request for Judicial Notice; and Declaration of Long Truong filed concurrently herewith]*<br><br>ACTION FILED: December 2, 2020 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on March 1, 2021 at 10:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 9C of the United States District Court for the Central District of California, courtroom of the Honorable Dean D. Pregerson, located at 350 West 1st Street, Los Angeles, California 90012, Defendants City of Los Angeles (the "City") and Friends of the Chinese American Museum ("FCAM") (collectively, "Defendants") will and hereby do move to dismiss the complaint of Plaintiff David Lew ("Lew") pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1]

This motion is made on the grounds that Lew's complaint does not and cannot allege subject matter jurisdiction or any federal claims for relief. Lew's own allegations, as well as the evidence presented to the Court attacking the factual basis for subject matter jurisdiction, which are not subject to reasonable dispute, establish that Lew's "art" does not fall within the scope of the Visual Artists Rights Act of 1990, 17 U.S.C. § 106A ("VARA") because his tote bags are "applied art" and "merchandising items" not "visual works of art" under 17 U.S.C. § 101. Thus, Lew's first cause of action alleged under VARA fails as a matter of law. As a result, Lew cannot show that this Court has subject matter jurisdiction.

In addition, this Court can and should dismiss Lew's other claims under California state law. First, all of Lew's state law claims are barred by the California Tort Claims Act (Cal. Gov't Code § 945.6). Lew filed a claim with the City that was denied on June 14, 2019. Lew filed his complaint on December 2, 2020 – long after the six month statute of limitations to file such an action under state law had expired. In addition, Lew's second and third causes of action are premised on the California Art Preservation Act ("CAPA"), Cal. Civ. C. §§ 987 et seq., which is preempted by

---

1. The City notes that Lew's complaint improperly purports to name as separate defendants El Pueblo de Los Angeles and Chinese American Museum under the guise of "business form unknown" entities. [Comp. ¶¶ 4 & 7] The City is the only proper defendant capable of being sued as Defendants' Request for Judicial Notice establishes. [RJN ¶¶ 2-4]

1
NOTICE OF MOTION AND MOTION TO DISMISS

federal copyright law. 17 U.S.C. § 301(f). CAPA is preempted because both the subject matter (fine art) and corresponding rights (right of attribution and right of integrity) that CAPA seeks to protect are already addressed by the Copyright Act. 17 U.S.C. §§ 102(a)(5), 106(5) and 106A. Lew also cannot state a claim under CAPA as a matter of law because that statute only protects "fine art" and does not "include work prepared under contract for commercial use by its purchaser." CAPA also applies only to "persons," which does not include, and cannot impose liability upon, Defendant City.

Lew's fourth and fifth causes of action for conversion and negligence should be dismissed because Lew cannot assert common law tort liability on the City. Cal. Gov't Code § 815(a).

Lew's sixth cause of action for unfair competition fails as a matter of law because public entities such as Defendant City are not "persons" for purposes of California's unfair competition laws. Cal. Bus. & Prof. Code § 17200 *et seq*. Nor are governmental entities "businesses" under the unfair competition law.

In sum, therefore, Lew's claims fail as a matter of law. Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), this Court should grant this motion and dismiss this action in its entirety without leave to amend.

Defendants make this motion based on this notice of motion and motion, the concurrently filed memorandum of points and authorities in support hereof, the Declaration of Long Truong with exhibits concurrently filed herewith, Defendants' request for judicial notice with exhibits concurrently filed herewith, the pleadings and papers on file in this action, and any other arguments or matters presented to the Court at or before the hearing on this motion.

This motion is made following the conference of counsel pursuant to C.D. Cal. L.R. 7-3 which was initiated by letter dated January 12, 2021 and which took place by telephonic conference among counsel on January 20, 2021.

| | | |
|---|---|---|
| 1 | DATED: January 27, 2021 | MICHAEL N. FEUER, City Attorney |
| 2 | | SCOTT D. MARCUS |
| | | PHILIP H. LAM |

By: /s/ *Scott D. Marcus*
Philip H. Lam
Attorneys for Defendant
City of Los Angeles

DATED: January 27, 2021

THE AVANZADO LAW FIRM
A PROFESSIONAL LAW CORPORATION

By: [signature]
Melvin N.A. Avanzado
Attorneys for Defendant
Friends of the Chinese American Museum

---

3
NOTICE OF MOTION AND MOTION TO DISMISS