UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEW, an individual, a/k/a SHARK TOOF,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LOS ANGELES, a government entity; EL PUEBLO DE LOS ANGELES, business form unknown; CHINESE AMERICAN MUSEUM, business form unknown; FRIENDS OF THE CHINESE AMERICAN MUSEUM, INC., a California corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:20-cv-10948-DDP-PLA<br>Hon. Paul L. Abrams<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is granted.

**IT IS SO ORDERED**

DATED: February 16, 2022

_____
Honorable Paul L. Abrams
United States Magistrate Judge