JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEW, an individual, a/k/a SHARK TOOF,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF LOS ANGELES, a government entity; EL PUEBLO DE LOS ANGELES, business form unknown; CHINESE AMERICAN MUSEUM, business form unknown; FRIENDS OF THE CHINESE AMERICAN MUSEUM, INC., a California corporation; and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-10948-DDP(MARx)<br>Hon. Dean D. Pregerson<br><br>**ORDER FOR DISMISSAL OF ACTION AND ALL CLAIMS WITH PREJUDICE** |

The Court, having considered the Parties' Stipulation for Dismissal, hereby dismisses this action with prejudice, with the Parties to bear their own costs and attorneys' fees. The Court will retain jurisdiction over the Parties to enforce the terms of the Confidential Settlement Agreement.

Dated: January 22, 2024



Honorable Dean D. Pregerson
United States District Judge